Thomas P. Riley (SBN 194706)
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena CA 91030-3227
Telephone No. (626) 799-9797
Facsimile No. (626) 799-9795
Attorney for Plaintiff
**JOE HAND PROMOTIONS, INC.**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **Case No. 2:11-CV-01426-WBS-KJN** |
| **Plaintiff,** | **PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER (~~Proposed~~)** |
| **vs.** | |
| **ANTHONY WAYNE ALLEN MANNOR, et al.** | |
| **Defendant.** | |

**TO THE HONORABLE WILLIAM B. SHUBB, THE DEFENDANT, AND HIS ATTORNEYS OF RECORD:**

Plaintiff Joe Hand Promotions, Inc. hereby applies ex parte for an order vacating the Case Management Conference in this action, presently set for Friday, September 19, 2011 at 2:00 A.M. This request will be, and is, necessitated by the fact that defendants Anthony Wayne Allen Mannor a/k/a Anthony W. Mannor and , individually and d/b/a Finnegans Pub & Grill are in default and Plaintiff's Application for Default Judgment will soon be filed before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court vacate the Initial Scheduling Conference presently scheduled for Friday, September 19, 2011 at 2:00 P.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: September 12, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**ORDER**

It is hereby ordered that the Case Management Conference in civil action number 2:11 CV-01426-WBS-KJN styled *Joe Hand Promotions, Inc. v. Anthony Wayne Allen Mannor a/k/a Anthony W. Mannor, et al.*, is hereby vacated and reset for **December 12, 2011 at 2:00 p.m.**

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED.**

DATED:  September 14, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER VACATING
THE INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:11-CV-01426-WBS-KJN
PAGE 3

I declare that:


I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.


On September 12, 2011 I served:

**PLAINTIFF'S EX PARTEAPPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)**


On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:


Anthony Wayne Allen Mannor (Defendant)
6252 Pacific Avenue
Stockton, CA 95027


I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 12, 2011, at South Pasadena, California.


Dated: September 12, 2011                              */s/ Maria Baird*
                                                      **MARIA BAIRD**