IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,                    No. 2:11-cv-01426 WBS KJN

    v.

ANTHONY WAYNE ALLEN MANNOR A/K/A ANTHONY W. MANNOR, individually and d/b/a FINNEGANS PUB & GRILL,

    Defendant.                  <u>ORDER</u>

_____/

        Presently before the court is plaintiff's counsel's request for permission to appear telephonically at the hearing on plaintiff's application for default judgment.[1] Plaintiff's counsel's request is granted, subject to plaintiff's counsel's compliance with the requirements set forth below. Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's counsel's request to appear by telephone at the hearing on plaintiff's application for default judgment, which is set for January 12, 2012 (Dkt. No. 16), is

---

[1] Although plaintiff submitted an electronic proposed order on January 10, 2012, that proposed order was in an unusable document format and did not conform to the court's local rules.

1

1  granted.

2      2. <u>Plaintiff's counsel shall promptly contact the undersigned's Courtroom

3  Deputy, Matt Caspar, at (916) 930-4187, and provide Mr. Caspar with the number for a

4  dedicated, hard telephone line at which the court may contact plaintiff's counsel at the time of the

5  hearing</u>.

6      IT IS SO ORDERED.

7  DATED: January 10, 2012

 

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE