UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Joe Hand Promotions, Inc.**                               **DEFAULT JUDGMENT**

    v.

                                         Case No. CIV S-11-cv-1426 WBS-KJN

**Anthony Wayne Allen Mannor, et al**

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

       **Anthony Wayne Allen Mannor**

February 16, 2012

                                         VICTORIA C. MINOR, CLERK

                                         By: s/A. Meuleman
                                         A. Meuleman, Deputy Clerk